FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 2 6 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | CRIMINAL NO. 19-MJ-2097-TMD |
| | : | |
| JAMES ROBERT DORSEY III | : | |
| | : | |

...oOo...

## GOVERNMENT'S EXHIBIT LIST

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Photograph from May 7, 2019 of Vehicle Collision | JUL 2 6 2019 | JUL 2 6 2019 |
| 2 | Photograph from May 7, 2019 of Defendant's Pant Leg | JUL 2 6 2019 | JUL 2 6 2019 |
| 3 | Photograph from May 7, 2019 of Defendant's Pant Leg with Firearm | JUL 2 6 2019 | JUL 2 6 2019 |
| 4 | Photograph from May 7, 2019 of Partially Unzipped Bag | JUL 2 6 2019 | JUL 2 6 2019 |
| 5 | Photograph from May 7, 2019 of Partially Unzipped Bag (Close-Up) | JUL 2 6 2019 | JUL 2 6 2019 |
| 6 | Photograph from May 7, 2019 of Contraband Recovered | JUL 2 6 2019 | JUL 2 6 2019 |
| 7 | Photograph from July 25, 2019 of White Mercedes Benz S-Class | JUL 2 6 2019 | JUL 2 6 2019 |
| 8 | Photograph from July 25, 2019 of Front Passenger Seat of Mercedes Benz | JUL 2 6 2019 | JUL 2 6 2019 |
| 9 | Photograph from July 25, 2019 of Defendant's MD Identification Card and Credit Cards | JUL 2 6 2019 | JUL 2 6 2019 |
| 10 | Photograph from July 25, 2019 of Back Seat of Mercedes Benz with White Trash Bag | JUL 2 6 2019 | JUL 2 6 2019 |
| 11 | Photograph from July 25, 2019 of Back Seat of Mercedes Benz with White Trash Bag (Open Bag) | JUL 2 6 2019 | JUL 2 6 2019 |
| 12 | Photograph from July 25, 2019 of Center Console | JUL 2 6 2019 | JUL 2 6 2019 |
| 13 | Photograph from July 25, 2019 of Loaded Firearm in Center Console | JUL 2 6 2019 | JUL 2 6 2019 |

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 14 | Photograph from July 25, 2019 of Loaded Firearm with Magazine | JUL 26 2019 | JUL 26 2019 |
| 15 | Photograph from July 25, 2019 of Loaded Magazine from Firearm | JUL 2 6 2019 | JUL 2 6 2019 |
| 16 | Photograph from July 25, 2019 of Loaded Round in Chamber of Firearm | JUL 2 6 2019 | JUL 2 6 2019 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |