# UNITED STATES OF AMERICA

## vs.

## JAMES ROBERT DORSEY III

FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUL 2 6 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Criminal No. TMD 19-mj-02097-1**

**Defendant Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | 7/26/2019 | 7/26/2019 | **Gastroenterology and Surgery Referral** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |